**Mark L. CARDER, (Appellant),**

v.

**Emma J. EATON, (Respondent).**

**No. WD 34236.**

Missouri Court of Appeals,
Western District.

Oct. 18, 1983.

Motion for Rehearing and/or Transfer to Supreme Court Overruled and Denied Nov. 29, 1983.

J. Michael Murphy, Liberty, for appellant.

Michael D. Hufft, Merrick, Beamer, Wells & Slagg, Kansas City, for respondent.

Before CLARK, P.J., and PRITCHARD and LOWENSTEIN, JJ.

PER CURIAM.

## ORDER

Appeal from adverse jury verdict for damages.

Judgment affirmed. Rule 84.16(b).